# In the United States Court of Federal Claims

Filed: December 18, 2017

| | |
|---|---|
| IN RE ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Master Docket No. 17-3000L |
| THIS DOCUMENT APPLIES TO: ALL CASES | |

## SCHEDULING ORDER

The December 20, 2017 hearing scheduled in the above-captioned case has been rescheduled to begin at **9:30 AM (CST)** on Wednesday, December 20, 2017 in Courtroom 10-B in the United States District Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**Susan G. Braden**
**Chief Judge**